UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SYED FARHAJ HASSAN; THE COUNCIL OF IMAMS IN NEW JERSEY; MUSLIM STUDENTS ASSOCIATION OF THE U.S. AND CANADA, INC.; ALL BODY SHOP INSIDE & OUTSIDE; UNITY BEEF SAUSAGE COMPANY; MUSLIM FOUNDATION, INC.; MOIZ MOHAMMED; JANE DOE; SOOFIA TAHIR; ZAIMAH ABDUR-RAHIM; and ABDUL-HAKIM ABDULLAH,**<br><br>      Plaintiffs,<br><br>      v.<br><br>**THE CITY OF NEW YORK,**<br><br>      Defendant. | Civ. No. 2:12-3401 (WJM)<br><br>ORDER |

   **THIS MATTER** comes before the Court on the Defendant's motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).  For the reasons set forth in the accompanying opinion,

   **IT IS** on this 20th day of February 2014, hereby,

   **ORDERED** that Defendants' motion to dismiss the Amended Complaint is hereby **GRANTED**; and it is further

1

**ORDERED** that the Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.

/s/ William J. Martini

_____

**WILLIAM J. MARTINI, U.S.D.J.**