UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

———————————————————— x
:
SYED FARHAJ HASSAN, *et al.,*          :
:
                Plaintiffs,          :
:
                v.          :   Civ. No. 2:12-3401 (WJM)
:
THE CITY OF NEW YORK,          :
:
                Defendant.          :
:
———————————————————— x


**NOTICE OF APPEAL**

      Notice is hereby given that Plaintiffs Syed Farhaj Hassan, The Council of Imams in New Jersey, Muslim Students Association of the U.S. and Canada, Inc., All Body Shop Inside & Outside, Unity Beef Sausage Company, Muslim Foundation Inc., Moiz Mohammed, Jane Doe, Soofia Tahir, Zaimah Abdur-Rahim, and Abdul-Hakim Abdullah appeal to the United States Court of Appeals for the Third Circuit from the Final Judgment entered in the above-captioned matter on February 20, 2014, by the United States District Court, District of New Jersey (Dkt. No. 41), dismissing Plaintiffs' claims against Defendant City of New York under the First and Fourteenth Amendments to the U.S. Constitution, and at common law for expungement of records.

Dated: March 22, 2014
      New York, New York

                Baher Azmy
                Ghita Schwarz
                Omar Farah
                CENTER FOR CONSTITUTIONAL RIGHTS
                666 Broadway, 7th Floor
                New York, NY 11201
                212-614-6427
                bazmy@ccrjustice.org

                By:  /s/*Baher Azmy*_____
                      Baher Azmy

                Glenn Katon
                Farhana Khera
                MUSLIM ADVOCATES
                P.O. Box 71080
                Oakland, CA 94612

                Ravinder S. Bhalla
                Florio, Perrucci, Steinhardt & Fader, LLC
                218 Route 17 North
                Rochelle Park, NJ 07662

                *Attorneys for Plaintiffs*